# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3499
LT Case No. 2006-CF-5253

_____

ROBERT KEITH GRAHAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Robert David Malove, of the Law Office of Robert David Malove,
P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____